IN THE UNITED STATES DISTRICT COURT    FILED

FOR THE SOUTHERN DISTRICT OF ILLINOIS    MAR 29 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

## MINUTES

DATE:            March 29, 2001

PRESIDING:           David R. Herndon
REPORTER:            Jennifer Robertson
COURTROOM DEPUTY:    Patty Brown                9:30-12:10

---

| | |
|---|---|
| IN RE: MCI NON-SUBSCRIBER TELEPHONE RATES LITIGATION, | Case No. 99-1275 DRH |

Counsel for Plaintiff(s)    Daniel Girard, AJ DeBartolomeo, Joseph Danis, Justin Witkin, Steven Katz

Counsel for Defendant(s)    Carl Nadler, William Donovan, Don Downing

Counsel for Objector(s)     Jonathan Arnold, Pro Se, Alan Spritz for Yolanda Luna, John Pentz for Tri-County Abstract Co., Robert Bishop for McWhorters & Caufield & Assoc., Edward Cochran for James Cerveny, Jeffrey Kessinger for Leslie Sax

PROCEEDING:    FINAL FAIRNESS HEARING
               MOTIONS TO INTERVENE

All parties appear. Arguments on motions to intervene heard. All motions are denied (Doc 55, 63, 71, 80, 84, 91, 92, 94, 101). Doc 99 and 111 are denied as Moot. Court also denies fees to any counsel representing the objectors. Motion for approval of settlement (Doc 66) is granted. The Court finds the settlement fair, adequate and reasonable. Motion for award of attorney fees (Doc 65) is granted. The court finds 29% to be an adequate and reasonable fee. Written order to be submitted by plaintiffs