IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MCI NON-SUBSCRIBER TELEPHONE RATES LITIGATION | §§§§ | MDL DOCKET NO. 1275 ALL CASES<br><br>(Judge David R. Herndon) |

**STIPULATION AND ORDER REGARDING DISBURSEMENT OF SETTLEMENT FUNDS FOR FIRST STAGE DISTRIBUTION**

WHEREAS, the Plaintiffs' Co-Lead and Liaison Counsel and Defense Counsel in the captioned action (hereinafter "the Parties") wish to stipulate regarding the disbursement of certain settlement funds pursuant to the Court's April 19, 2001 Final Approval Order.

WHEREAS, the Court-ordered Independent Claims Administrator, Poorman-Douglas, has submitted the sworn declaration of Rhonda G. McNally concerning its computation of the "First Stage" distribution of settlement funds, indicating that it has received a total of 447,095 claims.

WHEREAS, Poorman-Douglas has determined that of the total claims, 11,739 are duplicate submissions, 13,309 are invalid submissions. Moreover, the parties have agreed that 89,840 claims should not be paid unless the claimants return a signed "Option B" Certification as required by the Plan of Allocation approved by the Court (the "Incomplete B Claims") or otherwise complete their claim.

WHEREAS, Poorman-Douglas has calculated that at present the following claims are valid and can be paid immediately: 80,716 Option A claims totaling $14,210,123.50 and 251,491 Option B claims totaling $18,861,825. Poorman-Douglas states that it has completed and reconciled these claims in the "First Stage" in accordance with the Plan of Allocation approved



by the Court. The total aggregate of all Option A and Option B claims ready for payment at this time total $33,071948.50; and

WHEREAS, the parties have agreed on a procedure that will expeditiously resolve the 89,840 claims for which more information is needed;

**IT IS HEREBY STIPULATED AND AGREED**, that

1. No later than February 25, 2002, Plaintiffs' counsel Daniel C. Girard and Steven A. Katz shall, by letter, provide Defendants with complete wire transfer information for the "In Re MCI Non-Subscriber Telephone Rates Litigation Settlement Fund" trust account established at Fleet Bank, which account shall be held in trust by Poorman-Douglas Corporation as agent for the In Re MCI Non-Subscriber Telephone Rates Litigation Settlement Fund (the "Disbursement Account"). Defendants shall be entitled to rely upon any letter signed by attorneys Girard and Katz that contains such wire transfer information as constituting the instructions of this Court, the class, and class counsel with respect to these funds

2. No later than five business days after the date they receive this Order, Defendants shall wire transfer $33,071,948.50 to the Disbursement Account.

3. Upon Defendants' compliance with Paragraph 2 of this Order, they will (except as provided below) be released and forever discharged from any further obligation to make any payment in connection with "First Stage" distribution contemplated by Paragraph 3.3(a) of the Stipulation of Settlement (dated December 22, 2001) and the Plan of Allocation, pages 1 to 3.

4. Within five (5) business days after Defendants' compliance with Paragraph 2 of this Order, Plaintiffs' counsel shall file with the Court an acknowledgment of Defendants' compliance.

5. Within forty-five (45) calendar days after the date they receive this Order, Poorman-Douglas shall complete all steps necessary to secure Option B certifications from any Incomplete B Claim claimants who wish to submit such certifications. Within this same time-frame, Poorman-Douglas shall provide counsel for all parties with an accounting of how many of these Incomplete B Claims: (a) submitted Option B Certifications; and (b) failed to submit Option B Certifications. Defendants shall have the right to conduct reasonable and prompt inquiries of Poorman-Douglas to ensure the accuracy of this accounting.

6. The parties shall use best efforts to finalize and pay all Incomplete B Claims for which the claimants submit Option B Certificates within 65 days of this the entry of this Order.

7. Any funds remaining in the Distribution Account at the completion of the actions contemplated in this Order will be allocated as provided in Paragraphs 3.3(b) and (c) of the Stipulation of Settlement;

8. Nothing in this Stipulation and Order relieves or releases Defendants from their obligations to pay any amounts ordered by the Court in connection with the Second Stage Plan under Paragraph 3.3(b) of the Stipulation of Settlement.

DATED: February 27, 2002

3

_____

Carl Nadler
**JENNER & BLOCK**
601 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Counsel for Defendants

_____

Steven A. Katz
Douglas R. Sprong
**CARR KOREIN TILLERY KUNIN MONTROY CATES KATZ & GLASS**
10 Executive Woods Court
Belleville, Illinois 62226
Telephone: (618) 277-1180
Facsimile: (618) 277-4676

Plaintiffs' Liaison Counsel

**IT IS SO ORDERED.**

DATED: February 27th, 2002

_____
THE HONORABLE DAVID R. HERNDON
UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, this 27th day of Feb., 2002, to:

Daniel C. Girard
A. J. De Bartolomeo
**GIRARD GIBBS & DE BARTOLOMEO**
160 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Larry Morris
**LEVIN, PAPANTONIO, THOMAS,
ESHSNER & PROCTOR P.A.**
P.O. Box 12308
Pensacola, Florida 32581
Telephone: (850) 435-7000
Facsimile: (850) 435-7020

John J. Carey
Joseph P. Danis
**CAREY & DANIS, L.L.C.**
8182 Maryland Avenue, Suite 1400
St. Louis, Missouri 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Peter S. Linden
**KIRBY, MCINERNEY & SQUIRE, LLP.**
830 Third Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

Christopher A. Seeger
**SEEGER WEISS, L.L.P.**
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

Gary C. Mason
**COHEN, MILSTEIN, HAUSFIELD & TOLL, P.L.L.C.**
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Stephen L. Goodman
**HALPRIN TEMPLE GOODMAN & MAHER**
555 12th St. NW, Ste. 950N
Washington, DC  20004
Telephone: (202) 371-9100
Facsimile: (202) 371-1497

Dennis G. Pantazis
**GORDON, SILVERMAN, WIGGINS & CHILDS, P.C.**
1400 South Trust Tower
Birmingham, AL  35203
Telephone: (205) 328-0640
Facsimile: (205) 254-1500

Thomas T. Tamlyn, Jr.
**FABRICANT & YESKOO, L.L.P.**
535 Fifth Avenue
New York, New York 10017
Telephone: (212) 983-0900
Facsimile: (212) 983-0907

Don M. Downing
**STINSON, MAG & FIZZELL, P.C.**
100 South Fourth, Suite 700
St. Louis, MO 63102
Telephone:    (314) 259-4500
FAX:          (314) 259-4599

Carl S. Nadler
Imad D. Abyad
**JENNER & BLOCK**
601 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:    (202) 639-6095
FAX:          (202) 639-6066

Thomas F. O'Neil III
William P. Donovan, Jr.
MCI Telecommunications Corp.
1133 Nineteenth Street, N.W.
Washington, D.C.  20036
Telephone:    (202) 736-6990
Attorneys for Defendant, MCI Telecommunications Corporation

_____